■ EDGARO NEVAREZ, an Infant, by ASUNCION N. LOPEZ, His Guardian ad Litem, et al., Appellants, v. CITY OF NEW YORK et al., Defendants, and ELLIS MAYPER, Respondent.— Order, entered on December 10, 1963, denying summary judgment unanimously affirmed, without costs and without disbursements. In so affirming we do not approve the statement in Special Term's opinion that the facts alleged show no actionable negligence. Striking the overhead wire may or may not have been the consequence of a lack of due care,

depending on what is established at the trial. Concur — Botein, P. J., Breitel, Eager, Steuer and Staley, JJ.